# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Steven D Ford<br>     <u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 18-11000 jkf |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of GATEWAY MORTGAGE GROUP, LLC and index same on the master mailing list.

     Respectfully submitted,

**/s/ Rebecca A. Solarz , Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734