**IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:   **Steven D. Ford** | )   Chapter 13 |
| Debtor | ) |
| | )   No. 18-11000-JKF |
| | ) |
| | ) |

**CERTIFICATION OF NO RESPONSE**

I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.


/s/David M. Offen
David M. Offen
Attorney for Debtor

Date: 10/19/18