Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
Chapter 13 Case No. 18-11000-AMC

STEVEN D  FORD  
936 N 26TH STREET  
PHILADELPHIA  PA    19130

Petition Filed Date: 02/14/2018  
341 Hearing Date: 04/06/2018  
Confirmation Date: 08/29/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $355.00 | | 02/01/2019 | $355.00 | | 03/04/2019 | $355.00 | |
| 04/01/2019 | $355.00 | | 04/24/2019 | $355.00 | | 06/03/2019 | $355.00 | |
| 07/08/2019 | $355.00 | | 08/01/2019 | $355.00 | | 09/03/2019 | $355.00 | |
| 10/02/2019 | $355.00 | 6220326000 | 11/04/2019 | $355.00 | 6303272000 | 12/02/2019 | $355.00 | 6361451000 |
| 01/02/2020 | $355.00 | 6447500000 | 02/03/2020 | $355.00 | 6524672000 | 03/02/2020 | $355.00 | 6599858000 |
| 04/01/2020 | $355.00 | 6675981000 | 05/01/2020 | $355.00 | 6752334000 | 05/14/2020 | $355.00 | 6788936000 |
| 06/15/2020 | $355.00 | 6867183000 | 07/17/2020 | $355.00 | 6942086000 | | | |

**Total Receipts for the Period: $7,100.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $10,185.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 6 | SOFI LENDING CORP<br>»» 006 | Unsecured Creditors | $9,139.46 | $0.00 | $9,139.46 |
| 2 | GATEWAY MORTGAGE GROUP LLC<br>»» 002 | Mortgage Arrears | $1,755.41 | $939.65 | $815.76 |
| 3 | AMERICAN EXPRESS NATIONAL BANK<br>»» 003 | Unsecured Creditors | $8,360.52 | $0.00 | $8,360.52 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $4,768.00 | $0.00 | $4,768.00 |
| 7 | FEDERAL LOAN SERVICING<br>»» 007 | Unsecured Creditors | $89,169.77 | $0.00 | $89,169.77 |
| 8 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $2,045.35 | $0.00 | $2,045.35 |
| 9 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $8,959.86 | $0.00 | $8,959.86 |
| 5 | NASA FEDERAL CREDIT UNION<br>»» 05S | Secured Creditors | $5,730.45 | $3,067.47 | $2,662.98 |
| 5 | NASA FEDERAL CREDIT UNION<br>»» 05U | Unsecured Creditors | $16,969.75 | $0.00 | $16,969.75 |
| 4 | NASA FEDERAL CREDIT UNION<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | DAVID M OFFEN ESQUIRE<br>»» 010 | Attorney Fees | $5,000.00 | $5,000.00 | $0.00 |

**Chapter 13 Case No. 18-11000-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,185.00 | Current Monthly Payment: | $355.00 |
| Paid to Claims: | $9,007.12 | Arrearages: | $0.00 |
| Paid to Trustee: | $858.38 | Total Plan Base: | $21,190.00 |
| Funds on Hand: | $319.50 | | |

**<u>NOTES:</u>**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.