# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Steven D. Ford                    CHAPTER 13

Debtor(s)

BKY. NO. 18-11000AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                                                                        Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
14 Feb 2023, 13:03:37, EST

                      KML Law Group, P.C.
                      701 Market Street, Suite 5000
                      Philadelphia, PA 19106-1532
                      (215) 627-1322