Certificate Number: 12433-PAE-DE-037238607

Bankruptcy Case Number: 18-11000



12433-PAE-DE-037238607

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 7, 2023</u>, at <u>8:03</u> o'clock <u>AM EST</u>, <u>Steven D. Ford</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>March 7, 2023</u>        By:      <u>/s/Candace Jones</u>

Name:   <u>Candace Jones</u>

Title:   <u>Counselor</u>