United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 18-11000-amc

Steven D Ford     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Mar 21, 2023     Form ID: 138OBJ     Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven D Ford, 936 N 26th Street, Philadelphia, PA 19130-1302 |
| 14056245 | #+ | FedLoan Servicing, Attention: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14756935 | + | Lakeview Loan Servicing, LLC, C/O Michael Farrington, Esq., 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14092773 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg PA 17106-9184 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 22 2023 00:28:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 22 2023 00:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14084075 | | Email/PDF: bncnotices@becket-lee.com | Mar 22 2023 00:33:02 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14056240 | + | Email/PDF: bncnotices@becket-lee.com | Mar 22 2023 00:33:02 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14056243 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 22 2023 00:33:02 | Citibank, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, St. Louis, MO 63179-0040 |
| 14061442 | | Email/Text: mrdiscen@discover.com | Mar 22 2023 00:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14056244 | + | Email/Text: mrdiscen@discover.com | Mar 22 2023 00:28:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14079776 | + | Email/Text: bankruptcy@gatewayloan.com | Mar 22 2023 00:28:00 | Gateway Mortgage Group, LLC, 244 South Gateway Place, Jenks, OH 74037-3460 |
| 14056249 | + | Email/Text: bankruptcy@gatewayloan.com | Mar 22 2023 00:28:00 | Gateway Mortgage Grp, 244 S Gateway Pl, Jenks, OK 74037-3460 |
| 14056241 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 22 2023 00:33:00 | Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14178677 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 22 2023 00:33:01 | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 14095480 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 22 2023 00:33:05 | LVNV Funding, LLC its successors and assigns |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 21, 2023 | Form ID: 138OBJ | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| | | | | as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14056250 | | Email/Text: e-bankruptcy@nasafcu.com | Mar 22 2023 00:28:00 | Nasa Federal Credit Un, 500 Prince Georges Blvd, Upper Marlboro, MD 20774 |
| 14084762 | | Email/Text: e-bankruptcy@nasafcu.com | Mar 22 2023 00:28:00 | Nasa Federal Credit Union, P.O. Box 1588, Bowie, MD 20717 |
| 14056252 | ^ | MEBN | Mar 22 2023 00:24:04 | Prosper Marketplace Inc, Po Box 396081, San Francisco, CA 94139-6081 |
| 14096375 | + | Email/Text: bncmail@w-legal.com | Mar 22 2023 00:28:00 | Prosper Marketplace Inc., C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14696394 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 22 2023 00:33:01 | Resurgent Capital Services, PO Box 10587, Gereenvillle, SC 29603-0587 |
| 14092707 | + | Email/Text: specialservicing@sofi.com | Mar 22 2023 00:28:00 | SoFi Lending Corp, One Letterman Dr. Bldg A Ste. 4700, San Francisco, CA 94129-1518 |
| 14056253 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Mar 22 2023 00:33:05 | Sofi Lending Corp, 375 Healdsburg Ave Ste 280, Healdsburg, CA 95448-4151 |
| 14753183 | + | Email/Text: EBN@edfinancial.com | Mar 22 2023 00:28:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14056254 | | Sundance Vacation |
| 14056246 | *+ | FedLoan Servicing, Attention: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14056247 | *+ | FedLoan Servicing, Attention: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14056248 | *+ | FedLoan Servicing, Attention: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14056242 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14056251 | *P++ | NASA FCU, ATTN ATTN MEMBER SOLUTIONS, 500 PRINCE GEORGES BLVD, UPPER MARLBORO MD 20774-8732, address filed with court:, Nasa Federal Credit Un, 500 Prince Georges Blvd, Upper Marlboro, MD 20774 |

TOTAL: 1 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 23, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2023 at the address(es) listed below:

**Name**                    **Email Address**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 21, 2023 | Form ID: 138OBJ | Total Noticed: 24 |

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Gateway Mortgage Group  a division of Gateway First Bank bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor GATEWAY MORTGAGE GROUP  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DAVID M. OFFEN
    on behalf of Debtor Steven D Ford dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Steven D Ford
        Debtor(s)

Case No: 18−11000−amc
Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 3/21/23

57 − 56
Form 138OBJ