# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Steven D Ford**<br>　　　　　　　　　**Debtor(s)**<br><br>**Lakeview Loan Servicing, LLC**<br>　　　　　　　　　**Movant**<br>　vs.<br><br>**Steven D Ford**<br>　　　　　　　　　**Debtor(s)**<br><br>**Scott Waterman Esq.,**<br>　　　　　　　　　**Trustee** | **BK NO. 18-11000 AMC**<br><br>**Chapter 13**<br><br>**Related to Claim No. 2** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>April 10, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Steven D Ford
936 N 26th Street
Philadelphia, PA 19130

<u>Attorney for Debtor(s)</u>
David M. Offen, Esq.
The Curtis Center 601 Walnut Street
Suite 160 West
Philadelphia, PA 19106

<u>Trustee</u>
Scott Waterman Esq.
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service:  electronic means or first class mail

Dated: <u>April 10, 2023</u>

　　　　　　　　　　　　　　　　　　　**/s/Michael P. Farrington Esq.**
　　　　　　　　　　　　　　　　　　　Michael P. Farrington Esq.
　　　　　　　　　　　　　　　　　　　Attorney I.D. 329636
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　(215) 825-6488
　　　　　　　　　　　　　　　　　　　mfarrington@kmllawgroup.com